JAMES P. CONNOR (*pro hac vice*) (DC Bar No. 981684)
KEVIN GUERRERO (*pro hac vice*) (Arizona Bar No. 023673)
Securities and Exchange Commission
100 F Street, NE, Washington, DC 20549
Telephone: (202) 551-8394
*Attorneys for Plaintiff*

DAVID KARL WILLINGHAM
King and Spalding LLP
633 West Fifth Street, Suite 1600, Los Angeles, CA 90071
Telephone: (213) 443-4355

M. ALEXANDER KOCH (*pro hac vice*)
King and Spalding LLP
1700 Pennsylvania Avenue, NW, Washington, DC 20006-4707
Telephone: (202) 737-0500
*Attorneys for Defendants Terren S. Peizer and Acuitas Group Holdings, LLC*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>TERREN S. PEIZER and ACUITAS GROUP HOLDINGS, LLC,<br><br>Defendants. | 2:23-cv-01511-DSF-MBK<br><br>**JOINT STIPULATION TO DISMISS AND RELEASES** |

**<u>JOINT STIPULATION TO DISMISS AND RELEASES</u>**

Plaintiff, the Securities and Exchange Commission ("Commission") and Defendants Terren S. Peizer and Acuitas Group Holdings, LLC ("Defendants"), respectfully submit this joint stipulation to dismiss and releases ("Stipulation").

**WHEREAS** the Commission filed its complaint in this civil enforcement action (the "Civil Action") on March 1, 2023.

**WHEREAS**, in the exercise of discretion, the Commission believes that dismissal of this case is appropriate.

**WHEREAS** the Commission's decision to dismiss the Civil Action does not necessarily reflect the Commission's positions in any other case.

**WHEREAS**, by this Stipulation, the Commission and Defendants agree to have the Civil Action dismissed.

**NOW THEREFORE**,

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Commission and Defendants stipulate that the Civil Action be dismissed with prejudice, and without costs or fees to either party.

2. Defendants, for themselves and any of their agents, attorneys, employees, or representatives, hereby waive and release:

   a. Any and all rights under the Equal Access to Justice Act, the Small Business Regulatory Enforcement Fairness Act of 1996, or any other provision of law to seek from the United States, or any agency, or any official of the United States acting in his or her official capacity, directly or indirectly, reimbursement of attorney's fees or other fees, expenses, or costs expended by Defendant[s] that in any way relate to the Civil Action, including

but not limited to investigative steps taken prior to commencing the Civil Action.

b. Any and all claims, demands, rights, and causes of action of every kind and nature, asserted or unasserted, against the Commission and its present and former officers or employees that arise from or in any way relate to the Civil Action, including but not limited to investigative steps taken prior to commencing the Civil Action.

3. Each of the undersigned represents that they have the authority to execute this stipulation on behalf of the party so indicated.

STIPULATED AND AGREED:

*/s/ James P. Connor*
James P. Connor (*pro hac vice*)
Kevin Guerrero (*pro hac vice*)
Attorneys for Plaintiff
Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549
*Attorneys for Plaintiff*

*/s/ David Karl Willingham*
David Karl Willingham
M. Alexander Koch
King and Spalding LLP
*Attorneys for Defendants*

Dated: August 7, 2026